**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**MOISES DAVID CAFFIERO GONZALEZ**            **CIVIL ACTION 3:26-CV-01172 SEC. P**
**#A220-745-673**

**VERSUS**                                                                  **JUDGE JAMES D. CAIN, JR.**

**WARDEN JACKSON PARISH**                                 **MAGISTRATE JUDGE LEBLANC**
**CORRECTIONAL CENTER**

**O R D E R**

On April 30, 2026, an **EMERGENCY MOTION TO NOTIFY THE COURT OF TRANSFER AND TO PREVENT FURTHER TRANSFER** (Doc. No. 5) was filed on behalf of Petitioner Moises David Caffiero Gonzalez. An individual (Angelica Alexandra Ceballos Sabbagh) who is not an attorney has signed this document on behalf of Petitioner. Rule 11 of the Federal Rules of Civil Procedure states that, "Every pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's name or by a party personally if the party is unrepresented**."** Mover was notified of this deficiency on April 30, 2026, and again on May 27, 2026, but has failed to correct it.

Accordingly,

**IT IS ORDERED** that the **EMERGENCY MOTION TO NOTIFY THE COURT OF TRANSFER AND TO PREVENT FURTHER TRANSFER** (Doc. No. 5) filed on behalf of Plaintiff Moises David Caffiero Gonzalez on April 30, 2026, be and is hereby stricken from the record.

THUS DONE in Chambers on this 8th day of June, 2026.

_____
**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**